866

No. 92, Misc.  Cox *v.* Ellis, Corrections Director. Court of Criminal Appeals of Texas.  Certiorari denied. Petitioner *pro se.  Will Wilson,* Attorney General of Texas, and *Sam R. Wilson, Leon F. Pesek* and *Charles Lind,* Assistant Attorneys General, for respondent.

No. 607, Misc.  Keene *v.* Alabama.  Supreme Court of Alabama.  Certiorari denied.  Petitioner *pro se.  MacDonald Gallion,* Attorney General of Alabama, and *John C. Tyson III,* Assistant Attorney General, for respondent.

No. 686, Misc.  Foster *v.* Ellis, Corrections Director.  Court of Criminal Appeals of Texas.  Certiorari denied.  Petitioner *pro se.  Will Wilson,* Attorney General of Texas, *Leon F. Pesek* and *Norman V. Suarez,* Assistant Attorneys General, for respondent.

No. 712, Misc.  Carmel *v.* United States.  C. A. 2d Cir.  Certiorari denied.  Petitioner *pro se.  Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 766, Misc.  Vaughn *v.* Texas et al.  Court of Criminal Appeal of Texas.  Certiorari denied.  Petitioner *pro se.  Will Wilson,* Attorney General of Texas, and *Sam R. Wilson, Leon F. Pesek* and *Charles R. Lind,* Assistant Attorneys General, for the State of Texas, respondent.

No. 1141, Misc.  Forcella *v.* New Jersey.  Supreme Court of New Jersey.  Certiorari denied.  *Frank A. Paglianite* for petitioner.  *Peter Murray* for respondent.